**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| *In re BP p.l.c. Securities Litigation* | No. 4:10-md-02185 |
| This document relates to: | |
| *Alameda County Employees' Retirement Association, et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-01256 (cons.) |
| *Avalon Holdings Inc., et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-03715 |
| *Stichting Pensionenfonds Metaal en Techniek, et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-00069 |
| *HESTA Super Fund* v. *BP p.l.c. et al.* | No. 4:13-cv-00129 |
| *Verizon Investment Management Corp.* v. *BP p.l.c. et al.* | No. 4:13-cv-01044 |
| *New York City Employees' Retirement System et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-01393 |
| *Arkansas Teacher Retirement System, et al.* v. *BP p.l.c., et al.* | No. 4:14-cv-00457 |
| *Washington State Investment Board* v. *BP p.l.c., et al.* | No. 4:14-cv-00980 |
| *Helaba Invest Kapitalanlagegesellschaft mbH, et al.* v. *BP p.l.c., et al.* | No. 4:14-cv-01065 |
| *Maryland State Retirement and Pension System* v. *BP p.l.c., et al.* | No. 4:14-cv-01068 |
| *GIC Private Limited* v. *BP p.l.c., et al.* | No. 4:14-cv-01072 |
| *Pension Reserves Investment Management Board of Massachusetts* v. *BP p.l.c., et al.* | No. 4:14-cv-01084 |
| *Virginia Retirement System, et al.* v. *BP p.l.c., et al.* | No. 4:14-cv-01085 |
| *Louisiana State Employees' Retirement System, et al.* v. *BP p.l.c., et al.* | No. 4:14-cv-01087 |

-2-

| | |
|---|---|
| *IBM United Kingdom Pensions Trust Limited, et al.* v. *BP p.l.c., et al.* | No. 4:14-cv-01279 |
| *Universities Superannuation Scheme Ltd. acting as sole corporate trustee of Universities Superannuation Scheme* v. *BP p.l.c., et al.* | No. 4:14-cv-01280 |
| *Merseyside Pension Fund* v. *BP p.l.c., et al.* | No. 4:14-cv-01281 |
| *The Bank of America Pension Plan* v. *BP p.l.c., et al.* | No. 4:14-cv-01418 |
| | Honorable Keith P. Ellison |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendants BP p.l.c., BP America Inc., BP Exploration & Production Inc., Anthony B. Hayward, Douglas Suttles, H. Lamar McKay, Robert W. Dudley, and Robert Malone (collectively, "Defendants") respectfully move for judgment on the pleadings in the above-captioned actions.

Defendants move for judgment on the pleadings on the ground that all Exchange Act claims in the pending individual actions based on alleged misstatements more than five years before the filing of the actions are time-barred under the Exchange Act's five-year statute of repose in 28 U.S.C. § 1658(b)(2).

The grounds for this motion are fully set forth in Defendants' Memorandum of Law in Support of Their Motion for Judgment on the Pleadings, filed concurrently herewith.

Dated:  February 16, 2018

OF COUNSEL:

| | |
|---|---|
| Daryl A. Libow (*pro hac vice*) | /s/ Thomas W. Taylor |
| Amanda F. Davidoff (*pro hac vice*) | Thomas W. Taylor |
| SULLIVAN & CROMWELL LLP | Texas State Bar No. 19723875 |
| 1700 New York Avenue, N.W. | S.D. Tex. Bar No. 3906 |
| Washington, D.C.  20006 | ANDREWS KURTH KENYON LLP |
| Telephone:  (202) 956-7500 | 600 Travis St., Suite 4200 |
| libowd@sullcrom.com | Houston, Texas  77002 |
| davidoffa@sullcrom.com | Telephone:  (713) 220-4200 |
| | Facsimile:  (713) 220-4285 |
| Richard C. Pepperman II (*pro hac vice*) | ttaylor@andrewskurth.com |
| Marc De Leeuw (*pro hac vice*) | |
| SULLIVAN & CROMWELL LLP | *Attorney-in-Charge for Defendants* |
| 125 Broad Street | |
| New York, New York 10004 | Theodore V. Wells, Jr. (pro hac vice) |
| Telephone:  (212) 558-4000 | Roberto Finzi (pro hac vice) |
| peppermanr@sullcrom.com | Jaren Janghorbani (pro hac vice) |
| deleeuwm@sullcrom.com | Patrick J. Somers (pro hac vice) |
| | PAUL, WEISS, RIFKIND, WHARTON & |
| *Attorneys for Defendants* | GARRISON LLP |
| | 1285 Avenue of the Americas |
| | New York, New York 10019-6064 |
| | Telephone: (212) 373-3000 |
| | |
| | *Attorneys for Douglas Suttles* |

-4-

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing motion has been served by electronic CM/ECF filing, on this 16th day of February, 2018.

                                    */s/ Thomas W. Taylor*
                                    Thomas W. Taylor